## ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**James M. HAZZARD, Claimant–Appellant,**

v.

**James B. PEAKE, M.D., Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2007–7103.

United States Court of Appeals, Federal Circuit.

June 17, 2008.

Mark R. Lippman, The Veterans Law Group, La Jolla, CA, for Claimant–Appellant.

James W. Poirier, Department of Justice, Washington, DC, for Respondent–Appellee.

## ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**CHASE MEDICAL, INC., Plaintiff–Appellee,**

v.

**CHF TECHNOLOGIES, INC. and Endoscopic Technologies, Inc., Defendants–Appellants.**

No. 2008–1335.

United States Court of Appeals, Federal Circuit.

June 17, 2008.

## ORDER

The parties having so agreed, it is